### DANTONE v. RODGERS & HAGGERTY, Inc.

(Supreme Court, Appellate Term. November 11, 1910.)

MASTER AND SERVANT (§ 265*)—INJURY TO EMPLOYÉ IN DITCH—NEGLIGENCE—EVIDENCE—SUFFICIENCY.

That plaintiff was injured while working for defendant in a ditch, by dirt and stones falling on him, is insufficient to charge defendant, where cause of the fall or negligence by defendant is not shown.

[Ed. Note.—For other cases, see Master and Servant, Cent. Dig. § 881; Dec. Dig. § 265.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Guiseppe Dantone against Rodgers & Haggerty, Incorporated. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered.

Argued before SEABURY, PAGE, and BIJUR, JJ.

James B. Henney, for appellant.
Charles M. Kiefer, for respondent.

SEABURY, J. This is a common-law action to recover damages for personal injuries alleged to have been sustained by reason of defendant's negligence. The proof is unsatisfactory and meager. The plaintiff proved that, while he was in defendant's employ, working on a ditch in Canal street, some dirt and stones fell on him, causing the injuries complained of. There was no evidence to show what caused the dirt and stones to fall, or that the defendant's failure to exercise due care was in any way responsible for the accident.

Judgment reversed, and new trial ordered, with costs to the appellant to abide the event. All concur.